1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
3  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
4
   MARK R. CONRAD (CABN 255667)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7025
       Fax: (415) 436-6748
8      mark.conrad@usdoj.gov

9  Attorneys for United States

10
11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15 UNITED STATES ex rel. YANCY            )  CASE NO. C 15-04723 JCS
   CUMMINGS,                              )
16                                        )  **NOTICE OF ELECTION TO DECLINE**
          Relator,                        )  **INTERVENTION BY UNITED STATES**
17                                        )  **OF AMERICA; [~~PROPOSED~~] ORDER**
       v.                                 )  **TO UNSEAL**
18                                        )
   MARY E. BRANTLEY HALE, et al.,         )
19                                        )  **[FILED UNDER SEAL]**
          Defendant.                      )
20 _____)

21

22

23

24

25

26

27

28

FILED

JAN 04 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the

2  Court of its decision not to intervene in this action.  Although the United States declines to intervene, it

3  respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in

4  the name of the United States; providing, however, that the "action may be dismissed only if the court

5  and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*

6  The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language,

7  the United States only has the right to a hearing when it objects to a settlement or dismissal of the action.

8  *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v.*

9  *Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).

10    Therefore, the United States requests that, should either the relator or the defendants propose that

11  this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with

12  notice and an opportunity to be heard before ruling or granting its approval.

13    Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings

14  filed in this action be served upon the United States.  The United States also requests that orders issued

15  by the Court be sent to the Government's counsel.  The United States reserves its rights to order any

16  deposition transcripts and to intervene in this action, for good cause, at a later date, and to seek dismissal

17  of the relator's action or claim.  *See* 31 U.S.C. § 3730(c)(2), (3).  The United States also requests that it

18  be served with all notices of appeal.

19    Finally, the United States requests that the Court unseal: (1) Relator's Complaint; (2) the

20  summons, if any; (3) the scheduling order; (4) this Notice of Election to Decline Intervention, and

21  Proposed Order to Unseal; and (5) all other matters occurring in this action after the date the Court

22  enters the unsealing order.  The United States requests that all other contents of the Court's file in this

23  matter (including, but not limited to, any applications filed by the United States for extensions of the

24  //

25  //

26  //

27  //

28  //

DECLINATION TO INTERVENE BY USA                - 1 -
Case No. C 15-04723 JCS

sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously

entered in this matter) remain under seal and not be made public or served upon defendants.

DATED: December 30, 2015                    Respectfully submitted,

                                            BRIAN J. STRETCH
                                            Acting United States Attorney

                                            MARK R. CONRAD
                                            Assistant United States Attorney

DECLINATION TO INTERVENE BY USA              - 2 -
Case No. C 15-04723 JCS

# [PROPOSED] ORDER TO UNSEAL

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), IT IS HEREBY ORDERED that:

1.  The Complaint, the summons, the scheduling order, this Order, and the accompanying United States' Notice of Election to Decline Intervention are hereby unsealed.

2.  The relator shall serve the Complaint on defendants.

3.  Any applications and/or declarations that have been filed under seal by the United States for an extension of the sixty-day investigative period or for any other reason shall remain under seal and not be made public or served upon the defendants.

4.  The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

5.  The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

6.  The parties shall serve all notices of appeal upon the United States.

7.  All orders of this Court shall be sent to the United States.

8.  Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED.**

Dated: ___1/4/2016___

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YANCY CUMMINGS, et al.,

        Plaintiffs,

   v.

MARY E. BRANTLEY HALE,

        Defendant.

Case No.  15-cv-04723-JCS
*SEALED*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason A Hain
Law Offices of Jason Hain
30 Cumberland Street
San Francisco, CA 94110

Mark R. Conrad
United States Attorney's Office Northern District of California
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Dated: January 4, 2016

Susan Y. Soong
Clerk, United States District Court

By: Karen L. Hom
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO

United States District Court
Northern District of California