UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. YANCY CUMMINGS,<br><br>    Plaintiff,<br><br>  v.<br><br>MARY E. BRANTLEY HALE, et al.,<br><br>    Defendants. | Case No. 15-cv-04723-JCS<br><br>**ORDER REGARDING REDACTION OF NAMES OF MINORS**<br><br>Re: Dkt. No. 1 |

Rule 5.2(a) of the Federal Rules of Civil Procedure requires redaction of the name of an individual known to be a minor. Documents filed with the Court are available to the public, and may include only the initials of a minor child. *See* Fed. R. Civ. P. 5.2(a)(3).

Relator Yancy Cummings's Complaint in this qui tam action includes the names of her two minor children at paragraph 19 and in Exhibit B (at paragraph 4 of Part A of the HAP Contract). The Complaint was originally filed under seal, but was unsealed after the United States declined to intervene. *See* dkt. 9. Because the Complaint includes information protected by Rule 5.2, it is hereby SEALED once again. Cummings is ORDERED to file a version of the Complaint redacting all instances of the names of minor children no later than March 14, 2016 in order to complete the public record in this action. Initials of minor children may be left unredacted.

**IT IS SO ORDERED.**

Dated: February 27, 2016

JOSEPH C. SPERO
Chief Magistrate Judge