UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. YANCY CUMMINGS,<br><br>        Plaintiff,<br><br>    v.<br><br>MARY E. BRANTLEY HALE, et al.,<br><br>        Defendants. | Case No. 15-cv-04723-JCS<br><br>**ORDER REGARDING FILING OF REDACTED COMPLAINT AND SUFFICIENCY OF COMPLAINT PURSUANT TO 28 U.S.C. § 1915**<br><br>Re: Dkt. No. 1 |

On February 27, 2016, the Court ordered Relator Yancy Cummings to file a version of her complaint redacting the names of her minor children at paragraph 19 and Exhibit B of the complaint in compliance with Rule 5.2 of the Federal Rules of Civil Procedure. *See* dkt. 13. On February 29, 2016, Cummings filed a redacted complaint resolving the issue as to paragraph 19, but omitted all exhibits to the complaint. *See* dkt. 14. To complete the public record in this action, Cummings is ORDERED to file the exhibits to her complaint, with all instances of the names of minor children redacted, no later than March 14, 2016.

After the exhibits are filed, the complaint having been found to comply with 28 U.S.C. § 1915, IT IS ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

**IT IS SO ORDERED.**

Dated: February 29, 2016

JOSEPH C. SPERO
Chief Magistrate Judge