Jason Hain (State Bar No. 295721)
LAW OFFICES OF JASON HAIN
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 831-227-6892
Facsimile: 415-795-9692
jason@jasonhainlaw.com

*Attorney for RELATOR*
YANCY CUMMINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. YANCY CUMMINGS<br><br>    Plaintiffs,<br><br>vs.<br><br>MARY E BRANTLEY HALE and DOES 1 through 50, inclusive,<br><br>    Defendants. | **Case No. 15-CV-04723-JCS**<br><br>[~~PROPOSED~~] **ORDER PERMITTING SERVICE BY PUBLICATION**<br><br>*Federal Rules of Civil Procedure, Rule 4;*<br>*California Code of Civil Procedure § 415.50*<br><br>~~Date: October 4, 2016~~<br>~~Time: 9:30am~~<br>~~Courtroom: G~~ |

~~The motion of Relator Yancy Cummings for an order permitting service by publication came on regularly for hearing on October 4, 2016.  Defendant appeared by _____; Relator appeared by her attorney, Jason Hain.~~ The hearing set for October 4, 2016 is VACATED.

FOR GOOD CAUSE APPEARING IT IS ORDERED:

    The motion is GRANTED. The court hereby orders that service of summons in this matter may be served in the following manner:

    (1) Relator shall cause mail copies of the summons and compliant to all residential addresses of
        which Defendant is the owner of record, specifically:

        225 Millbrae Avenue, Santa Rosa, California 95407;

        2814 Ingalls Street #1, San Francisco, California 94124; and

        914 Ingerson Avenue, San Francisco, California 94124

[~~PROPOSED~~] **ORDER PERMITTING SERVICE BY PUBLICATION**
Page 1 of 2

(2) Relator shall cause the summons to be published in the San Francisco Chronicle newspaper. Relator shall also cause the summons to be published in the Wichita Eagle newspaper, or, upon application and approval by the Court, another newspaper in the state of Kansas.

Dated: September 21, 2016

Magistrate _____ District of California



IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero

---

**[PROPOSED] ORDER PERMITTING SERVICE BY PUBLICATION**
Page 2 of 2