UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YANCY CUMMINGS, et al.,
    Plaintiffs,

v.

MARY E. BRANTLEY HALE,
    Defendant.

Case No. 15-cv-04723-JCS

**ORDER SEALING EXHIBIT**

Re: Dkt. Nos. 53-14, 53-15

Rule 5.2 of the Federal Rules of Civil Procedure requires that certain material, including the birth date of any person and the name of an individual known to be a minor, must be redacted from documents publicly filed in federal court. Exhibit 19 to the declaration of Jason Hain, which appears in the record at docket entries 53-14 and 53-15, includes repeated instances of the name and birth date of Relator Yancy Cummings's minor daughter K.C. The Court hereby SEALS those docket entries sua sponte in order to protect the privacy of K.C. Under the circumstances of this case, where the exhibit at issue consists of medical records of a minor, the Court will allow this exhibit to remain under seal in its entirety, without requiring Cummings to file a redacted version.

The Court notes that this is the second occasion on which Relator's counsel has failed to comply with Rule 5.2. *See* dkts. 13, 15.

**IT IS SO ORDERED.**

Dated: February 28, 2017

JOSEPH C. SPERO
Chief Magistrate Judge