UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANCY CUMMINGS, et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>MARY E. BRANTLEY HALE, et al.,<br><br>        Defendant. | Case No. 15-cv-04723-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised by the Settlement Conference Minute Order filed on September 11, 2018, that the parties have resolved this case through mediation. (Re: Dkt. No. 135). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice. If the plaintiff is forced to file a motion to reopen because of delay by the defendants in executing the settlement, the Court will award fees and costs associated with reopening the case.

**IT IS SO ORDERED.**

Dated: March 7, 2019

_____
VINCE CHHABRIA
United States District Judge